UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH AMERICA, INC.,

    Plaintiff,

v.

CLAN BELL SOCIETY, INC., *et ano.*,

    Defendants.

Case No. 3:23-cv-4233-TKW-ZCB

**NOTICE OF APPEARANCE AS COUNSEL**

James M. Slater of Slater Legal PLLC hereby gives notice of his appearance as counsel on behalf of Defendants Michael A. Bell and Clan Bell Society, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal and eservice@slaterlegal.com.

Dated: April 20, 2023.

    Respectfully submitted,

    SLATER LEGAL PLLC

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    113 S. Monroe Street

Tallahassee, Florida 32301<br>
james@slater.legal<br>
Tel.: (305) 523-9023<br>
*Counsel for Defendants*

## Certificate of Service

I hereby certify that on April 20, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: <u>/s/ James M. Slater</u><br>
James M. Slater