UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL NORTH AMERICA, INC.**,

    Plaintiff,

v.

    Case No. 3:23cv4233-TKW-ZCB

**CLAN BELL SOCIETY, INC.** and **MICHAEL A. BELL**,

    Defendants.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant Clan Bell Society, Inc.'s unopposed motion for extension of time (Doc. 9), it is

**ORDERED** that the motion is **GRANTED**, and Defendant Clan Bell Society, Inc. shall have until May 22, 2023, to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 21st day of April, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**