UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH AMERICA, INC.,

    Plaintiff,

v.

CLAN BELL SOCIETY, INC., and MICHAEL A. BELL,

    Defendants.

Case No. 3:23-cv-4233-TKW-ZCB

## NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants CLAN BELL SOCIETY, INC. and MICHAEL A. BELL.

Dated: April 25, 2023

Respectfully submitted,

/s/ *H. Jared Doster*
H. Jared Doster
Florida Bar No.1,024,069
jared@doster.law
**DOSTER LAW PLLC**
97 West Oak Avenue, Suite 300
Panama City, FL 32401
Telephone: (850) 319-4248

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of electronic filing to the following counsel of record:

John R. Zoesch III
jrz@beggslane.com
**BEGGS & LANE RLLP**
501 Commendencia Street
Pensacola, FL 32502

*Attorney for Plaintiff*

/s/ *H. Jared Doster*
H. Jared Doster