UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
a North Carolina corporation,

 Plaintiff,

v.          Case No.: 3:23-cv-04233-TKW-ZCB

**CLAN BELL SOCIETY, INC.,**
a Florida corporation, and
**MICHAEL A. BELL,**

 Defendants.
_____/

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Clan Bell-Clan Bell North America, Inc. ("Clan Bell"), pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Florida Local Rule 7.1, files its Corporate Disclosure Statement, and states as follows:

1. Clan Bell does not have a parent corporation.

2. No publicly held entity owns 10% or more of Clan Bell's stock.

                                      */s/ John R. Zoesch III*
                                      **JOHN R. ZOESCH III**
                                      Fla. Bar No.: 45257
                                      jrz@beggslane.com
                                      **STEPHEN D. WILSON**
                                      Florida Bar No. 1010484
                                      sdw@beggslane.com
                                      **BEGGS & LANE, RLLP**
                                      501 Commendencia Street
                                      Pensacola, Florida 32502
                                      T: (850) 432-2451
                                      F: (850) 469-3331
                                      *Attorneys for Plaintiff Clan Bell-Clan Bell North America, Inc.*

\*\*\*\*\*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 25th day of April, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

                                      */s/ John R. Zoesch III*
                                      John R. Zoesch III
                                      Florida Bar No. 0045257