## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 3:23-CV-04233-TKW-ZCB

Plaintiff/Petitioner:
**CLAN BELL-CLAN BELL NORTH AMERICAN, INC, ANORTH CAROLINDA CORPORATION**

vs.

Defendant/Respondent:
**CLAN BELL SOCIETY, INC, A FLORIDA CORPORATION, et al**

For:
John R. Zoesch , III
BEGGS & LANE
P O Box 12950
Pensacola, FL 32591

Received by Thornton Process Service on the 23rd day of March, 2023 at 10:18 am to be served on **CLAN BELL SOCIETY, INC. C/O MICHAEL A. BELL, REGISTERED AGENT OR NANCY WORLEY IF MICHAEL A. BELL IS NOT PRESENT, 3265 NE 101ST TERRACE, UNIT 36, SILVER SPRINGS, FL 34488.**

I, Seth Jones, do hereby affirm that on the **31st day of March, 2023 at 2:33 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **NANCY WORLEY as T & S-AUTHORIZED TO ACCEPT SERVICE for CLAN BELL SOCIETY, INC.**, at the address of: **3265 NE 101ST TERRACE, UNIT 36, SILVER SPRINGS, FL 34488** and informed said person of the contents therein, in compliance with Florida Statute

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 180, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: _4/1/23_ ___.

_____
**Seth Jones**
C.P.S. # 102921-3

**Thornton Process Service**
**1559 WEST KINGSFIELD RD.**
**CANTONMENT, FL 32533**
**(850) 478-3333**

Our Job Serial Number: TTH-2023002632

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e