## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Florida

Case Number: 3:23-CV-04233-TKW-ZCB

Plaintiff/Petitioner:
CLAN BELL-CLAN BELL NORTH AMERICAN, INC, A NORTH CAROLINA CORPORATION

vs.

Defendant/Respondent:
CLAN BELL SOCIETY, INC, A FLORIDA CORPORATION, et al

For:
John R. Zoesch, III
BEGGS & LANE
P O Box 12950
Pensacola, FL 32591

Received by Thornton Process Service on the 23rd day of March, 2023 at 9:38 am to be served on **MICHAEL A. BELL, 3265 NE 101ST TERRACE, UNIT 36, SILVER SPRINGS, FL 34488.**

I, Michael W. Jones, do hereby affirm that on the **21st day of April, 2023** at **1:10 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MICHAEL A. BELL** at the address of: **3265 NE 101ST TERRACE, UNIT 36, SILVER SPRINGS, FL 34488** and informed said person of the contents therein, in compliance with Florida Statute, Chapter 48.031

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 6'4", Weight: 200, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required. Date: __4/23/23__

Michael W. Jones
C.P.S. ID# 89-6-3

Thornton Process Service
1559 WEST KINGSFIELD RD.
CANTONMENT, FL 32533
(850) 478-3333

Our Job Serial Number: TTH-2023002631