UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**

    **Plaintiff,**

                                       Case No.: 3:23-cv-04233-TKW-ZCB

**v.**

**CLAN BELL SOCIETY, INC.**
**and MICHAEL A. BELL,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen D. Wilson of the law firm of Beggs & Lane, RLLP is appearing as counsel of record for Plaintiff Clan Bell-Clan Bell North America, Inc. The undersigned respectfully requests that all other parties serve copies of all pleadings, notices, orders, and other papers filed in the above case to him at the address below.

1

        */s/ Stephen D. Wilson*
**STEPHEN D. WILSON**
Florida Bar No. 1010484
Maine Bar No. 008763
Massachusetts Bar No. 641084
SDW@BeggsLane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL  32502
(850) 432-2451

*Attorney for Plaintiff*
*Clan Bell-Clan Bell North America, Inc.*

\*\*\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished electronically by the CM/ECF system which will send notice of electronic filing to all counsel of record on this 28th day of April, 2023.

        */s/ Stephen D. Wilson*
**STEPHEN D. WILSON**
Fla. Bar No.:  1010484