UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH
AMERICA, INC.,

     Plaintiff,

v.

CLAN BELL SOCIETY, INC., *et ano.*,

     Defendants.

Case No. 3:23-cv-4233-TKW-ZCB

**CLAN BELL SOCIETY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Local Rule 7.1, and section 2(a) of the Court's Initial Scheduling Order, Defendant Clan Bell Society, Inc. states the following:

1.    Clan Bell Society does not have a parent corporation.

2.    No publicly held entity owns 10% or more of Clan Bell Society's Stock.

Dated: May 1, 2023.

          Respectfully submitted,

          SLATER LEGAL PLLC

          */s/ James M. Slater*
          James M. Slater (FBN 111779)
          113 S. Monroe Street

Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

DOSTER LAW PLLC
H. Jared Doster (FBN 1024069)
97 W. Oak Avenue, Suite 300
Panama City, Florida 32401
jared@doster.law
Tel. (850) 319-4248

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on May 1, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater