UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Case No. 3:23-cv-4233-TKW-ZCB

CLAN BELL-CLAN BELL
NORTH AMERICA, INC.,

    Plaintiff,

v.

CLAN BELL SOCIETY, INC., *et ano.*,

    Defendants.

**DEFENDANT MICHAEL BELL'S *UNOPPOSED* MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) and Local Rule 6.1, Defendant Michael Bell respectfully requests a ten-day extension of time to respond to Plaintiff's Complaint. (Doc. 1). As grounds, Mr. Bell states:

1.    This is an action related to purported common-law trademarks and claims of conversion against Defendants Clan Bell Society, Inc. and Michael A. Bell.

2.   Previously, Clan Bell Society moved for an extension of time to respond to the complaint on or before May 22, 2023,[1] which the Court granted. (Docs. 9, 10).

3.   In Clan Bell Society's motion, it explained that Mr. Bell had not yet been served, but the parties agreed that he would respond to the complaint contemporaneously with Clan Bell Society.

4.   The day after filing Clan Bell Society's motion, Mr. Bell was served. (Doc. 15) (showing service on April 21, 2023).

5.   Despite the parties' agreement, by virtue of service, Mr. Bell's response to the complaint is technically now due on May 12, 2023.

6.   Accordingly, Mr. Bell asks the Court to enlarge his deadline to respond to the complaint through May 22, 2023 to harmonize the defendants' response dates.

7.   Plaintiff does not oppose this request.

---

[1] The motion inadvertently sought an extension through May 21, which is a Sunday, and the Court granted the extension through May 22, the following business day.

## Memorandum of Law[2]

Rule 6(b) governs extensions of time in which to file motions and responsive documents. Under Rule 6(b)(1)(A), when an act is required or allowed to be done within a specified time period, a court "may, for good cause, extend the time" before the original time to file or respond expires. Fed. R. Civ P. 6(b)(1)(A). The Eleventh Circuit has held that to establish good cause under Rule 6(b), "the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Davis v. Post Univ., Inc.*, 497 F. Supp. 3d 1252, 1268 (S.D. Fla. 2019) (citing A*shmore v. Sec'y, Dep't of Transp.*, 503 F. App'x 683, 685 (11th Cir. 2013)).

Here, Mr. Bell seeks a brief, ten-day extension of time so that the defendants may file a consolidated response to the complaint. A brief extension in responding to the Complaint will not prejudice Plaintiff, who does not oppose this motion, and who agreed to allow Mr. Bell to respond on these terms prior to his personal service.

---

[2] Although Local Rule 7.1(G) does not require supporting memoranda of law for unopposed motions, Mr. Bell provides brief argument supporting his position.

## Conclusion

For these reasons, Defendant Michael A. Bell respectfully requests that the Court grant this motion and permit him an additional ten days, through May 22, 2023, to respond to Plaintiff's Complaint. (Doc. 1).

Dated: May 10, 2023.

                Respectfully submitted,

                SLATER LEGAL PLLC

                */s/ James M. Slater*
                James M. Slater (FBN 111779)
                113 S. Monroe Street
                Tallahassee, Florida 32301
                james@slater.legal
                Tel. (305) 523-9023

                    -and-

                H. Jared Doster (FBN 1024069)
                DOSTER LAW PLLC
                97 W. Oak Avenue, Suite 300
                Panama City, Florida 32401
                jared@doster.law
                Tel. (850) 319-4248

                *Counsel for Defendant Michael Bell*

## Certificate of Service

I hereby certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater

## Certificate of Good Faith Conference

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel. Plaintiff does not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater

## Certificate of Compliance

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains fewer than 500 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: */s/ James M. Slater*
James M. Slater