UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH
AMERICA, INC.,

    Plaintiff,

v.                                  Case No. 3:23cv4233-TKW-ZCB

CLAN BELL SOCIETY, INC. and
MICHAEL A. BELL,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendant Michael Bell's unopposed motion for extension of time (Doc. 18), it is

**ORDERED** that the motion is **GRANTED**, and Bell shall have until May 22, 2023, to answer or otherwise respond to the complaint.

**DONE and ORDERED** this 11th day of May, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE