UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL
NORTH AMERICA, INC.,
a North Carolina corporation,

    Plaintiff,

                                                      Case No.: 3:23-cv-04233-TKW-ZCB

v.

CLAN BELL SOCIETY, INC.,
a Florida corporation, and
MICHAEL A. BELL,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Clan Bell-Clan Bell North America, Inc., files this unopposed motion for extension of time until June 9, 2023 to file a response to Defendants' Motion to Dismiss. In support, Plaintiff states as follows:

1. Plaintiff filed its Complaint on February 21, 2023. Doc. 1.

2. Pursuant to the deadlines extended by the Court as requested in Defendants' unopposed motions for extensions of time filed on April 20 and May 11, 2023, Docs. 9, 10, 18, 19, Defendants filed their Motion to Dismiss on May 22, 2023. Doc. 20.

3. Plaintiff's response to Defendants' Motion to Dismiss is currently due on June 5, 2023.

4. In response to Plaintiff's request for a short extension of time to respond to Defendants' Motion to Dismiss, Plaintiff agreed to June 9, 2023, as the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss.

5. This extension will not impact any pending deadlines. The parties have held their Rule 26(f) conference and will submit their report to the Court within the time proscribed by the Initial Scheduling Order. *See* Doc. 12.

6. Defendants do not oppose this motion or the relief requested by Plaintiff herein.

WHEREFORE, Plaintiff, Clan Bell-Clan Bell North America, Inc., respectfully requests that the Court extend the time for it to file a response to Defendants' Motion to Dismiss until June 9, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No.: 45257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida  32502
T:  (850) 432-2451
F:  (850) 469-3331
*Attorneys for Plaintiff Clan Bell-Clan Bell North America, Inc.*

## CERTIFICATE OF COMPLIANCE WITH ATTORNEY CONFERNCE REQUIREMENT OF LOCAL RULE 7.1(B)

Pursuant to N.D. Fla. Loc. R. 7.1(B), the undersigned certifies that he conferred with James Slater and Henry Jared Doster, counsel for Defendants, by e-mail on May 26 and 30, 2023, regarding this extension request. Defendants consent to the relief sought herein and the specifically requested extension.

*****

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum contains 231 words, including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.

*****

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

/s/ John R. Zoesch III
**JOHN R. ZOESCH III**
Florida Bar No. 0045257