UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH
AMERICA, INC.,

    Plaintiff,

v.                                              Case No. 3:23cv4233-TKW-ZCB

CLAN BELL SOCIETY, INC. and
MICHAEL A. BELL,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 21), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff shall have until June 9, 2023, to respond to Defendants' motion to dismiss.

**DONE and ORDERED** this 2nd day of June, 2023.

_____
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE