UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CLAN BELL-CLAN BELL NORTH AMERICA, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>CLAN BELL SOCIETY, INC., *et ano.*,<br><br>     Defendants. | Case No. 3:23-cv-4233-TKW-ZCB |

### DEFENDANTS' NOTICE OF FILING
### <u>CONSENT TO MAGISTRATE JUDGE'S AUTHORITY</u>

Defendants hereby file the parties' executed consent to reference of this case to the Magistrate Judge.

Dated: July 13, 2023.

                                            Respectfully submitted,

                                            <u>*/s/ James M. Slater*</u>
                                            James M. Slater (FBN 111779)
                                            SLATER LEGAL PLLC
                                            113 S. Monroe Street
                                            Tallahassee, Florida 32301
                                            james@slater.legal
                                            Tel. (305) 523-9023

                                                     -and-

H. Jared Doster (FBN 1024069)
DOSTER LAW PLLC
97 W. Oak Avenue, Suite 300
Panama City, Florida 32401
jared@doster.law
Tel. (850) 319-4248

*Counsel for Defendants*