UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL NORTH AMERICA, INC.**,

    **Plaintiff**,

v.                                 Case No. 3:23cv4233-TKW-ZCB

**CLAN BELL SOCIETY, INC.** and **MICHAEL A. BELL**,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on Defendants' notice of filing consent to magistrate judge's authority (Doc. 30). The consent form attached to the motion (Doc. 30-1) includes the signature of "Joseph L. Bell" for Plaintiff and the electronic signature of James Slater, counsel for Defendants.

The Court is more than happy to refer this case to the magistrate judge for disposition, but the Court needs to assure itself that the consent is valid before doing so because the consent form is not signed by Plaintiff's counsel of record and the case file does not reflect who "Joseph L. Bell" is or how he is affiliated with (and has the authority to bind) Plaintiff. Accordingly, it is

**ORDERED** that within 7 days from the date of this Order, counsel for Plaintiff shall file a notice with the Court confirming that Plaintiff consents to the referral of this case to the magistrate judge for disposition.

**DONE and ORDERED** this 14th day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**