**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
**a North Carolina corporation,**

     **Plaintiff,**

                          **Case No.: 3:23-cv-04233-TKW-ZCB**

**v.**

**CLAN BELL SOCIETY, INC.,**
**a Florida corporation, and**
**MICHAEL A. BELL,**

     **Defendants.**

_____/

**<u>NOTICE OF PLAINTIFF'S CONSENT TO</u>**
**<u>MAGISTRATE JUDGE'S AUTHORITY</u>**

Plaintiff, Clan Bell-Clan Bell North America, Inc., pursuant to the Court's Order dated July 14, 2023, Doc. 31, provides notice of its consent to the referral of this case to the magistrate judge for disposition.  In response, Plaintiff states as follows:

1.    Joseph L. Bell is the Plaintiff's President.  In the Notice filed by Defendants, Doc. 30-1, Joseph L. Bell consented to referral of this case to the magistrate judge for disposition by his signature pursuant to that authority.

2.    The undersigned counsel also consents to referral of this case to the magistrate judge for disposition through his signature below.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No.:  45257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida  32502
T:  (850) 432-2451
F:  (850) 469-3331
*Attorneys for Plaintiff Clan Bell-Clan*
*Bell North America, Inc.*

*****

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of July, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

*/s/ John R. Zoesch III*
John R. Zoesch III
Florida Bar No. 0045257