UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH AMERICA, INC.,

    Plaintiff,

v.

CLAN BELL SOCIETY, INC.,
*et ano.*,

    Defendants.

Case No. 3:23-cv-4233-ZCB-[CONSENT]

## NOTICE OF MEDIATION

Pursuant to the Court's Final Scheduling Order (Doc. 24), Defendants Clan Bell Society, Inc. and Michael A. Bell provide notice that mediation has been scheduled in this case for Wednesday, August 30, 2023, beginning at 9:00 a.m. central time to be performed by videoconference. The mediator on this case is Michelle Anchors, of AnchorsGordon, 2113 Lewis Turner Blvd #100, Fort Walton Beach, FL 32547, Tel. (850) 863-1974.

Dated: August 9, 2023.

                                              Respectfully submitted,

                                              */s/ James M. Slater*
                                              James M. Slater (FBN 111779)
                                              SLATER LEGAL PLLC
                                              113 S. Monroe Street

Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

H. Jared Doster (FBN 1024069)
DOSTER LAW PLLC
97 W. Oak Avenue, Suite 300
Panama City, Florida 32401
jared@doster.law
Tel. (850) 319-4248

*Counsel for Defendants*