UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

**Case Style:** *Clan Bell-Clan Bell North America, Inc. v. Clan Bell Society, Inc., et al.; 3:23cv4233-ZCB*

**Type of Hearing:** Telephonic Status Conference (Chambers)

**Time Commenced:** 10:25 a.m.    **Time Concluded:** 10:32 a.m.

**Court Reporter:** N/A

**Courtroom Deputy:** Sylvia Williams

---

**Attorney(s) for Plaintiffs:**
John Zoesch, III, Esquire

**Attorney(s) for Defendants:**
James Slater, Esquire

This hearing included attendance by:

    Videoconferencing/ZOOM:     ___ YES     _X_ NO

    Telephone:                  _X_ YES     ___ NO

Filed 8/9/2023.
CRD initials: sdw