**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
**a North Carolina corporation,**

     **Plaintiff,**

                                **Case No.: 3:23-cv-04233-TKW-ZCB**

**v.**

**CLAN BELL SOCIETY, INC.,**
**a Florida corporation, and**
**MICHAEL A. BELL,**

     **Defendants.**
_____/

**UNOPPOSED MOTION TO EXTEND DEADLINE TO AMEND**
**PLEADINGS AND JOIN ADDITIONAL PARTIES**

Plaintiff, Clan Bell-Clan Bell North America, Inc., files this unopposed motion to extend the deadline to file to amend pleadings and join additional parties. In support, Plaintiff states as follows:

1.     The deadline to amend pleadings and join additional parties is currently August 25, 2023. *See* Doc. 24 (Final Scheduling Order) ¶ 1.

2.     The parties will mediate this dispute on August 30, 2023.

3.     Plaintiff respectfully requests an extension of the parties' deadline to amend pleadings and join additional parties until September 15, 2023.

4.    This extension will afford the parties the opportunity to engage in mediation prior to the expiration of the deadline to amend pleadings and join additional parties.  Moreover, Plaintiff agreed to an extension of Defendants' deadline to respond to a request for production until August 25, 2023.  The parties seek to avoid utilizing resources to potentially amend pleadings until they have mediated this case, in the event they do not resolve this matter at mediation.

5.    The parties do not seek any extension of other deadlines, including the discovery deadline, which is currently November 22, 2023.

6.    The parties request this extension of time in good faith and have set forth good cause for the extension of this deadline.  This request is also made before the current prescribed deadline expires.

WHEREFORE, Plaintiff respectfully request that the Court extend the deadline for the amendment of pleadings and joinder of parties to September 15, 2023.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No.:  45257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida  32502

2

T:  (850) 432-2451
F:  (850) 469-3331
*Attorneys for Plaintiff Clan Bell-Clan*
*Bell North America, Inc.*

## CERTIFICATE OF COMPLIANCE WITH ATTORNEY CONFERENCE REQUIREMENT OF LOCAL RULE 7.1(B)

Pursuant to N.D. Fla. Loc. R. 7.1(B), the undersigned certifies that on August 18 and 21, 2023, he conferred by e-mail with James Slater and H. Jared Doster, counsel for Defendants, regarding this extension request.  Defendants' counsel agrees to the extension requested herein.

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(F)

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum contains 250 words, including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2023, a true and correct copy of the foregoing has been furnished via electronic mail through the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record, and also by e-mail to all counsel of record.

*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No.:  45257