UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL
NORTH AMERICA, INC.,

v.   Case No.: 3:23cv4233/ZCB

CLAN BELL SOCIETY, INC,
et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on   August 25, 2023
Type of Motion/Pleading: Consent Motion to Extend Time
Filed by:  Plaintiff   on 8/25/23   Doc.   38

JESSICA LYUBLANOVITS, CLERK OF COURT
/s/ *Sylvia D. Williams*
Deputy Clerk: Sylvia D. Williams

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 28th day of August 2023:

For the reasons stated in the motion, Plaintiff's unopposed motion to extend time (Doc. 38) is **GRANTED**. The parties' deadline to amend pleadings and join additional parties is extended to September 15, 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge