UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL
NORTH AMERICA, INC.,
a North Carolina corporation,

    Plaintiff,

v.                               Case No.: 3:23-cv-04233-TKW-ZCB

CLAN BELL SOCIETY, INC.,
a Florida corporation, and
MICHAEL A. BELL,

    Defendants.
_____/

## JOINT MOTION TO EXTEND ALL DEADLINES

Plaintiff, Clan Bell-Clan Bell North America, Inc., and Defendants, Clan Bell Society, Inc. and Michael A. Bell, file this Joint Motion to Extend All Deadlines, seeking extension of all pending deadlines in this matter. In support, the parties state as follows:

1.    In its Initial Scheduling Order and Final Scheduling Order, the Court set all mandatory deadlines pertinent to this case. *See* Doc. 12 (Initial Scheduling Order); Doc. 24 (Final Scheduling Order) ¶ 1.

2.    The discovery deadline is currently November 22, 2023. Doc. 24 (Final Scheduling Order) ¶ 4.

3. The Court recently extended the deadline for the amendment of pleadings and joinder of parties to September 15, 2023. *See* Doc. 39 (Order).

4. The parties attended mediation of this dispute on August 30, 2023. The mediation remains open. Since that time, the parties have continued to discuss resolution of this matter. They anticipate further discussions with the goal of resolving this matter.

5. No trial date is set at this time.

6. The parties jointly respectfully request an extension of 60 days of all pending deadlines. This would include the discovery deadline, the current amendment deadline, and all other currently applicable deadlines set by the Court.

7. This extension will afford the parties the opportunity to engage in further meaningful discussions and negotiations towards resolving this matter, which affording enough time to complete discovery if necessary. The parties seek to avoid utilizing resources to conduct discovery and amend pleadings unless they determine they cannot resolve this matter in the coming weeks and months.

8. The parties request this extension of time in good faith and have set forth good cause for the extension of this deadline. This request is also made before any of the currently pending deadlines at issue have expired.

WHEREFORE, the parties respectfully request that the Court extend all pending deadlines by 60 days.

| | |
|---|---|
| */s/ John R. Zoesch III* | */s/ James M. Slater* |
| **JOHN R. ZOESCH III** | James M. Slater |
| Fla. Bar No.: 45257 | Florida Bar No. 111779 |
| jrz@beggslane.com | james@slater.legal |
| **STEPHEN D. WILSON** | **SLATER LEGAL PLLC** |
| Florida Bar No. 1010484 | 113 S. Monroe Street |
| sdw@beggslane.com | Tallahassee, FL 32301 |
| **BEGGS & LANE RLLP** | Telephone: (305) 523-9023 |
| 501 Commendencia Street | |
| Pensacola, FL 32502 | -and- |
| T:  (850) 432-2451 | |
| | H. Jared Doster |
| *Attorneys for Plaintiff* | Florida Bar No.1,024,069 |
| | jared@doster.law |
| | support@doster.law |
| | **DOSTER LAW PLLC** |
| | 97 West Oak Avenue, Suite 300 |
| | Panama City, FL 32401 |
| | Telephone: (850) 319-4248 |
| | |
| | *Attorneys for Defendants* |