## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**CLAN BELL – CLAN BELL**
**NORTH AMERICA, INC.,**
a North Carolina corporation,

    Plaintiff,

Case No.: 3:23-cv-04233-TKW-ZCB

v.

**CLAN BELL SOCIETY, INC.,**
a Florida corporation, and
**MICHAEL A. BELL,**

    Defendants.

_____/

## NOTICE OF APPEARANCE / REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

    The undersigned counsel, Oliver Alan Ruiz, files this Notice of Appearance on behalf of the Defendants, and requests that all future pleadings and papers in this proceeding be directed to the undersigned at the address below. Request is hereby made that the Court provide Notices of Electronic Filings to the undersigned counsel at: oruiz@malloylaw.com.

                                               Respectfully submitted,

Dated: January 26, 2024                     s/Oliver Alan Ruiz
                                                 Oliver Alan Ruiz
                                                 Florida Bar No. 524,786
                                                 **MALLOY & MALLOY, P.L.**
                                                 2800 S.W. Third Avenue
                                                 Miami, Florida 33129
                                                 Telephone (305) 858-8000

Facsimile (305) 858-0008
oruiz@malloylaw.com

*Counsel for Defendants*

2