UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH
AMERICA, INC.,

    Plaintiff,

v.

CLAN BELL SOCIETY, INC.,
*et ano.*,

    Defendants.

Case No. 3:23-cv-4233-ZCB-
[CONSENT]

# **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11.1(H), James M. Slater of Slater Legal PLLC respectfully moves for leave to withdraw as counsel in this case on behalf of Defendants Clan Bell Society, Inc. and Michael Bell (collectively, "Defendants"). As grounds, the undersigned states:

    1.    The undersigned informs the Court that irreconcilable differences have developed between the undersigned and Defendants.

    2.    On January 9, 2024, the undersigned provided written notice to Defendants of his intention to withdraw from this case. *See* N.D. Fla. L.R. 11.1(H)(2).

    3.    Defendants have consented in writing to the undersigned's withdrawal.

4.      Defendants will continue to be represented by H. Jared Doster of Doster Law PLLC, who is also their attorney of record. *See* N.D. Fla. L.R. 11(H)(1)(b). Further, Defendants' successor counsel Oliver A. Ruiz of Malloy and Malloy, P.L. has appeared on behalf of Defendants.

WHEREFORE, James M. Slater of Slater Legal PLLC respectfully moves for leave to withdraw as counsel for Defendants Clan Bell Society, Inc. and Michael Bell.

Dated: January 26, 2024.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32302
Tel: (305) 523-9023
james@slater.legal

## Certificate of Service

I certify that on January 26, 2024, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record. A copy of this motion will also be served on Defendants by electronic mail.

*/s/ James M. Slater*
James M. Slater