UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLAN BELL-CLAN BELL NORTH
AMERICA INC,
    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Case No.:  3:23cv4233/ZCB

CLAN BELL SOCIETY INC, et al.,
    Defendants.
_____/

## ORDER

Attorney James Slater, counsel for Defendants Clan Bell Society and Michael A. Bell, has filed a motion to withdraw as attorney.  (Doc. 45).  Defendants have consented to Attorney Slater withdrawing as their attorney.  (*Id.*).  Defendants will continue to be represented by H. Jared Doster of Doster Law PLLC, and Oliver A. Ruiz of Malloy and Malloy, P.L.  (*See* Doc. 44).

Accordingly, it is **ORDERED** that Attorney Slater's motion to withdraw (Doc. 45) is **GRANTED**.  Attorney James Slater is relieved of further representing Defendants Clan Bell Society and Michael A. Bell in this case.  The Clerk of Court shall update the docket to reflect that Attorney Slater is no longer counsel in this case.

**DONE AND ORDERED** this 29th day of January 2024.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge