UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISON

CLAN BELL-CLAN BELL NORTH
AMERICA, INC.,

    Plaintiff,

Case No.: 3:23-cv-4233-ZCB

v.

CLAN BELL SOCIETY, INC.,
Et ano.,

    Defendants.
_____/

## MEDIATION REPORT

A mediation conference was conducted on August 30, 2023, and continued thereafter. The mediation conference did <u>not</u> result in a SETTLEMENT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2024, a true and correct copy of this Mediation Report was delivered via the Florida E-portal to the following:

| | |
|---|---|
| Mr. John R. Zoesch, III<br>Beggs & Lane, LLP<br>501 Commendencia Street<br>Pensacola, FL 32502<br>Email: jrz@beggslane.com<br>      sdw@beggslane.com<br>      rgw@beggslane.com | Mr. H. Jared Doster<br>Doster Law, PLLC<br>97 W. Oak Avenue, Suite 300<br>Panama City, FL 32401<br>Email: jared@doster.law |
| Mr. James M. Slater<br>Slater Legal, PLLC<br>113 S. Monroe Street<br>Tallahassee, FL 32301<br>Email: james@slater.legal | Ms. Cleo I. Suero<br>Malloy & Malloy P.L.<br>2800 SW 3rd Avenue<br>Miami, FL 33129<br>Email: csuero@malloylaw.com<br>      oruiz@malloylaw.com |

*/s/ Michelle Anchors*
**Michelle Anchors**
Mediator No.: 35456 R
Florida Bar No.: 932272
AnchorsGordon, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: 850-863-1974
Fax: 850-863-1591
Email: manchors@anchorsgordon.com
      sheri@anchorsgordon.com