**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CLAN BELL – CLAN BELL
NORTH AMERICA, INC.,
a North Carolina corporation,

    Plaintiff,

v.                                     Case No.: 3:23-cv-04233-TKW-ZCB

CLAN BELL SOCIETY, INC.,
a Florida corporation, and
MICHAEL A. BELL,

    Defendants.
_____/

## JOINT NOTICE OF COMPLIANCE WITH MEDIATION DEADLINE

CLAN BELL – CLAN BELL NORTH AMERICA, INC. ("Plaintiff") and CLAN BELL SOCIETY, INC. and MICHAEL A. BELL ("Defendants") jointly give notice of compliance with the Court's mediation requirement contained in the Final Scheduling Order. *See* Doc. 24. Specifically, the parties' conducted a mediation conference with Michelle Anchors on August 30, 2023, and continued thereafter. The mediation conference did not result in a settlement. *See* Doc. 48. Since the close of discovery, the parties have had further settlement negotiations, but those negotiations have not resulted in settlement.

Jointly submitted this 20th day of May, 2024.

<table>
<tr><td>

*s/Cleo I. Suero*
Cleo I. Suero
Florida Bar No. 1024675
csuero@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 SW Third Avenue
Miami, FL 33129
Telephone: (305) 858-8000

-and-

H. Jared Doster
Florida Bar No.1,024,069
jared@doster.law
support@doster.law
**DOSTER LAW PLLC**
97 West Oak Avenue, Suite 300
Panama City, FL 32401
Telephone (850) 319-4248

*Attorneys for Defendants*

</td><td>

*s/ John R. Zoesch III*
John R. Zoesch III
Fla. Bar No.: 45257
jrz@beggslane.com
Stephen D. Wilson
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida 32502
T: (850) 432-2451
F: (850) 469-3331

*Attorneys for Plaintiff*

</td></tr>
</table>

## Certificate of Service

I hereby certify that on May 20, 2024, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: *s/ Cleo I. Suero*
Cleo I. Suero

## Certificate of Good Faith Conference

I hereby certify pursuant to Local Rule 7.1(B) that I have conferred in good faith with opposing counsel through written correspondence. Plaintiff does not oppose the relief requested herein.

By: *s/ Cleo I. Suero*
Cleo I. Suero

## Certificate of Compliance

Pursuant to Local Rule 7.1(F), I hereby certify that the foregoing document contains 93 words, inclusive of headings, footnotes, and quotations, but exclusive of the case style, signature block and certificates.

By: *s/ Cleo I. Suero*
Cleo I. Suero