UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
a North Carolina corporation,

    Plaintiff,

                                      Case No.: 3:23-cv-04233-TKW-ZCB

v.

**CLAN BELL SOCIETY, INC.,**
a Florida corporation, and
**MICHAEL A. BELL,**

    Defendants.
_____/

## PLAINTIFF'S EMERGENCY UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

    Plaintiff, Clan Bell-Clan Bell North America, Inc. ("CBNA"), pursuant to Rule 15 of the Federal Rules of Civil Procedure, files this emergency unopposed motion to reschedule the upcoming settlement conference set for July 25. In support, Plaintiff states as follows:

    1.    On May 29, 2024, the Court entered its Order Setting Settlement Conference. *See* Doc. 54. The settlement conference is scheduled for Thursday, July 25, at 9:30 A.M. before Magistrate Judge Davis. *See id.* at 1.

    2.    Late yesterday afternoon, on July 17, 2024, after 4:00 p.m. Central Standard Time, Plaintiff's undersigned counsel learned that Plaintiff's President,

Joseph L. Bell, who has acted as Plaintiff's primary representative throughout this case, and who had planned to attend the settlement conference on July 25, could no longer attend the settlement conference.

3. Specifically, Plaintiff's President recently began employment with the United States Patent and Trademark Office, training to become a patent examiner. Yesterday, he learned that due to federal regulations, he could no longer participate in this case on behalf of Plaintiff.

4. Plaintiff's Vice President, Richard A. Bell, will now act as Plaintiff's representative with respect to this action, including the upcoming settlement conference. Richard A. Bell has knowledge of this matter and has participated in discussions with counsel previously. At this time, Plaintiff does not have another potential representative who would adequately represent Plaintiff at the settlement conference.

5. Due to work travel conflicts, however, Richard A. Bell cannot attend the settlement conference as scheduled. Specifically, he will be traveling to conduct business on the west coast next week through Thursday evening. He does have availability soon thereafter, however, and will attend a rescheduled settlement conference should the Court grant this motion.

6. Due to this scheduling conflict, Plaintiff respectfully requests that the Court reschedule the settlement conference so that Richard A. Bell can attend.

7. Upon learning of this circumstance, Plaintiff's undersigned counsel contacted Defendants' counsel regarding the recent developments and potential scheduling conflict.

8. Defendants' counsel agrees to Plaintiff's request to reschedule the settlement conference. The parties will attend a settlement conference as soon as the Court has time available.

9. For the Court's information and scheduling purposes, the parties have conflicts with the following dates in the next two months: July 31, August 1, 2, 8, 13, 15, 24, 25, 29, 30, September 9, 12-18, 20, 23-25, 30, and October 1-4, 7-11, 14-18.

10. The parties will use the additional time prior to a rescheduled settlement conference to negotiate a potential resolution in this case.

11. Plaintiff agrees to reimburse Defendants for any flight or hotel costs or expenses they incur caused by the rescheduling of the settlement conference.

WHEREFORE, Plaintiff respectfully requests that the Court reschedule the settlement conference currently set for July 22, 2024, at 9:30 a.m.

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(B)**

Pursuant to N.D. Fla. Loc. R. 7.1(B), the undersigned certifies that on July 18, 2024, he conferred by phone with Cleo Suero, and by e-mail with Cleo Suero and H. Jared Doster, counsel for Defendants, regarding this request. Defendants do not oppose the relief sought herein.

*****

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMIT REQUIREMENT OF LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1(F), the undersigned certifies that this memorandum contains 458 words, including headings, footnotes, and quotations, but not including the case style, signature block, or any certificate of service.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2024, a true and correct copy of the foregoing has been furnished via the CM/ECF System for the Northern District of Florida, which will send notice of the electronic filing to all counsel of record.

>*/s/ John R. Zoesch III*
**JOHN R. ZOESCH III**
Fla. Bar No.: 45257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, Florida  32502
T:  (850) 432-2451
F:  (850) 469-3331
*Attorneys for Plaintiff Clan Bell-Clan Bell North America, Inc.*