IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
a North Carolina corporation,

      **Plaintiff,**

v.                                             Case No. 3:23-cv-04233-TKW-ZCB

**CLAN BELL SOCIETY, INC.,**
a Florida corporation, and
**MICHAEL A. BELL,**

      **Defendants.**
_____/

## JOINT SETTLEMENT STATUS REPORT

Plaintiff, Clan Bell-Clan Bell North America, Inc. ("CBNA"), and Defendants, Clan Bell Society, Inc. ("CBS") and Michael A. Bell, pursuant to the Court's Order dated August 19, 2024, Doc. 59, submit this Joint Settlement Status Report, and state as follows:

1. On August 16, 2024, the parties jointly filed their Notice of Tentative Settlement, Doc. 57.

2. On August 19, 2024, the Court entered its Order tolling all pending deadlines and instructing the parties to file a joint stipulation of voluntary dismissal within fourteen days of that Order. Doc. 59. The Court stated that if the parties were not able to file a joint stipulation of voluntary dismissal by that deadline, then the

parties shall file a joint status report by that deadline to advise the Court of the status of finalizing the settlement. *Id.*

3. The current deadline based on the Order is Tuesday, September 3, 2024.

4. The parties have progressed through the settlement process, but due to the parties and their respective counsel's schedules, they have not yet executed a settlement agreement.

5. The parties request that the Court retain jurisdiction over this matter for an additional 14 days so they may complete and execute a settlement agreement.

6. The parties will file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) once they have executed a settlement agreement.

7. The parties jointly request a deadline of September 17, 2024, to complete the settlement agreement and file a stipulation of dismissal.

Respectfully submitted this the 30th day of August, 2024.

| | |
|---|---|
| */s/ John R. Zoesch III*<br>**JOHN R. ZOESCH III**<br>Florida Bar No. 0045257<br>jrz@beggslane.com<br>**STEPHEN D. WILSON**<br>Florida Bar No. 1010484<br>sdw@beggslane.com<br>**BEGGS & LANE, RLLP**<br>501 Commendencia Street<br>Pensacola, FL  32502<br>Tel:   (850) 432-2451<br>Fax:   (850) 469-3331<br><br>*Attorneys for Plaintiff* | *s/Cleo I. Suero*<br>Cleo I. Suero<br>Florida Bar No. 1024675<br>csuero@malloylaw.com<br>Oliver Alan Ruiz<br>Florida Bar No. 524,786<br>oruiz@malloylaw.com<br>**MALLOY & MALLOY P.L.**<br>2800 SW Third Avenue<br>Miami, FL 33129<br>Telephone: (305) 858-8000<br><br>*-and-*<br><br>H. Jared Doster<br>Florida Bar No. 1,024,069<br>jared@doster.law<br>support@doster.law<br>DOSTER LAW PLLC<br>97 West Oak Avenue, Suite 300<br>Panama City, FL 32401<br>Telephone (850)-319-4248<br><br>*Attorneys for Defendants* |