IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLAN BELL-CLAN BELL**
**NORTH AMERICA, INC.,**
a North Carolina corporation,

      **Plaintiff,**

v.                                             Case No. 3:23-cv-04233-TKW-ZCB

**CLAN BELL SOCIETY, INC.,**
a Florida corporation, and
**MICHAEL A. BELL,**

      **Defendants.**
_____/

## JOINT SETTLEMENT STATUS REPORT

Plaintiff, Clan Bell-Clan Bell North America, Inc. ("CBNA"), and Defendants, Clan Bell Society, Inc. ("CBS") and Michael A. Bell, pursuant to the Court's Referral and Order dated October 1, 2024, Doc. 65, submit this Joint Settlement Status Report, and state as follows:

1. On August 16, 2024, the parties jointly filed their Notice of Tentative Settlement, Doc. 57.

2. On August 19, 2024, the Court entered its Order tolling all pending deadlines and instructing the parties to file a joint stipulation of voluntary dismissal within fourteen days of that Order. Doc. 59. The Court stated that if the parties were not able to file a joint stipulation of voluntary dismissal by that deadline, then the

parties shall file a joint status report by that deadline to advise the Court of the status of finalizing the settlement.  *Id.*

3. On October 1, 2024, the parties filed their third Joint Settlement Status Report, requesting an additional 14 days to formalize a written settlement agreement. Doc. 64.  The Court granted their extension request on the same day.  Doc. 65.

4. The current deadline based on the Court's October 1 Order is Tuesday, October 15, 2024.  *See id.*

5. However, the unforeseeable impact of multiple hurricanes, most recently Hurricane Milton, caused some temporary delay in the settlement agreement drafting process.

6. Moreover, over the past couple of days, Defendant Michael Bell has been caring for a loved one who is injured and in the hospital.

7. Despite the delays, the parties have made progress in the settlement agreement drafting process, but require additional time to finalize their settlement agreement.

8. The parties request that the Court retain jurisdiction over this matter for an additional 14 days so they may complete and execute a settlement agreement.

9. The parties will file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) once they have executed a settlement agreement.

10. The parties jointly request a deadline of October 28, 2024, to complete the settlement agreement and file a stipulation of dismissal.

Respectfully submitted this the 15th day of October, 2024.

*/s/ John R. Zoesch III*
JOHN R. ZOESCH III
Florida Bar No. 0045257
jrz@beggslane.com
STEPHEN D. WILSON
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL  32502
Tel:   (850) 432-2451
Fax:   (850) 469-3331

*Attorneys for Plaintiff*

*/s/Cleo I. Suero*
Cleo I. Suero
Florida Bar No. 1024675
csuero@malloylaw.com
Oliver Alan Ruiz
Florida Bar No. 524,786
oruiz@malloylaw.com
**MALLOY & MALLOY P.L.**
2800 SW Third Avenue
Miami, FL 33129
Telephone: (305) 858-8000

*-and-*

H. Jared Doster
Florida Bar No. 1,024,069
jared@doster.law
support@doster.law
**DOSTER LAW PLLC**
97 West Oak Avenue, Suite 300
Panama City, FL 32401
Telephone (850)-319-4248

*Attorneys for Defendants*